IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Esther Bennett Greene, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Andrew M. Saul, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action No. 0:18-2970-RMG <br><br><br><br><br><br> **ORDER** |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DBI") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on October 25, 2019, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge failed adequately address issues surrounding Plaintiff's diagnosis and symptoms regarding carpal tunnel syndrome and limitations on her vision, preventing the Court from making a determination of whether there is substantial evidence to support the decision of the Commissioner. (Dkt. No. 21 at 5-11). The Commissioner has advised the Court that he does not intend to file objections to the R & R. (Dkt. No. 23).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court

-1-

**ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
November 7, 2019